UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JENNIFER E. HERTZOVITZ,** *on behalf of herself and all others similarly situated,*  **Plaintiff,**  v.  **NORTHLAND GROUP, INC.,**  **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 18-cv-578 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that defendant, Northland Group, LLC, f/k/a Northland Group, Inc. ("Northland"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 *et seq.*, hereby removes this action from the Supreme Court of the State of New York, County of Suffolk, to the United States District Court for the Eastern District of New York.

In support of this Notice of Removal, Northland states as follows:

1. On or about October 2, 2017, plaintiff, Jennifer E. Hertzovitz, commenced a civil action by filing a Summons with Notice in the Supreme Court of the State of New York, County of Suffolk, entitled and captioned *Jennifer E. Hertzovitz, on behalf of herself and all others similarly situated v. Northland Group, Inc.,* Index No. 619050/2017 (hereinafter the "State Court Action").

2. On January 23, 2018, Northland received plaintiff's Summons with Notice.

3. No further proceedings before the State Court have occurred. A true and correct copy of the state court pleadings is attached hereto as Exhibit A.

4. In his Summons with Notice, plaintiff alleges statutory causes of action against Northland. Specifically, plaintiff accuses Northland of violating the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, and New York law.

5. This Court has jurisdiction over plaintiff's FDCPA claims pursuant to 28 U.S.C. §§ 1331 and 1441 in that the claims are founded on a claim or right arising under the laws of the United States. This Court has supplemental jurisdiction over plaintiff's joined state law claims pursuant to 28 U.S.C § 1441(c).

6. This Notice of Removal is timely, having been filed within thirty (30) days of the date on which Northland received plaintiff's Summons with Notice. *See* 28 U.S.C. § 1446.

7. Written notice of this Notice of Removal of this action is being immediately provided to the Supreme Court of the State of New York, County of Suffolk. *See* Exhibit B, attached hereto.

8. Written notice of this Notice of Removal of this action is being caused to be served on all parties.

WHEREFORE, defendant, Northland Group, LLC., hereby gives notice that this action is removed from the Supreme Court of the State of New York, County of Suffolk, to the United States District Court for the Eastern District of New York.

Dated:  January 26, 2018                    Respectfully Submitted,


                                           /s/   Aaron R. Easley
                                           Aaron R. Easley, Esq.
                                           Sessions, Fishman, Nathan & Israel
                                           3 Cross Creek Drive
                                           Flemington, NJ 08822
                                           Telephone: (908) 237-1660
                                           Facsimile: (908) 237-1663
                                           *Counsel for Defendant,*
                                           *Northland Group, LLC*


## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2018, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Eastern District of New York, and served upon the following via U.S. Mail and email:

Mitchell L. Pashkin, Esq.
775 Park Avenue, Suite 255
Huntington, NY 11743
Telephone: (631) 335-1107
Facsimile: (631) 824-9328
*Attorney for Plaintiff*


                                           */s/ Aaron R. Easley*
                                           Aaron R. Easley, Esq.