UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 08 2018 ★

LONG ISLAND OFFICE

| | |
|---|---|
| JENNIFER E. HERTZOVITZ, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILIARLY SITUATED, <br><br>　　　　　　Plaintiff, <br><br>v <br><br>NORTHLAND GROUP, INC., <br><br>　　　　　　Defendants. | Civil Action, File No. 2:18-cv-00578-LDW-ARL |

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against all Defendants with each party to bear its own costs and expenses incurred in this action.

/s/*Mitchell L. Pashkin, Esq.*
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY 11743
(631) 629-7709

/s/ Aaron R. Easley
Aaron R. Easley, Esq. (ae9922)
SESSIONS FISHMAN NATHAN & ISRAEL
3 Cross Creek Drive
Flemington, New Jersey 08822-4938
Telephone: (908) 237-1660
Facsimile: (908) 237-1663
E-Mail: aeasley@sessions.legal
*Attorney for Defendant*
*Transworld Systems, Inc.*

So Ordered. The case is closed.

s/ Leonard D. Wexler

LEONARD D. WEXLER, U.S.D.J.   3/8/18